**LEACH JOHNSON SONG & GRUCHOW**
**SEAN L. ANDERSON**
Nevada Bar No. 7259
**T. CHASE PITTSENBARGER**
Nevada Bar No. 13740
Email: Sanderson@leachjohnson.com
Email: Cpittsenbarger@leachjohnson.com
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
*Attorneys for Defendant Panorama Towers Condominium Unit-Owners' Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3,<br><br>Plaintiff,<br><br>vs.<br><br>PANORAMA TOWERS CONDOMINIUM UNIT-OWNERS' ASSOCIATION, a Nevada Non-Profit Corporation,<br><br>Defendant. | Case No. 2:17-cv-02235-JCM-CWH<br><br>**STIPULATION AND ORDER TO ALLOW PANORAMA TOWERS TIME TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS [ECF No. 9]**<br><br>**(FIRST REQUEST)** |

Defendant Panorama Towers Condominium Unit-Owners' Association (the "Association") and Plaintiff Christiana Trust ("Plaintiff") respectfully submit the following stipulation to allow the Association an additional two weeks to file its reply in support of its Motion to Dismiss filed December 12, 2017 [ECF No. 9] to the Defendant's Complaint filed August 22, 2017 [ECF No. 1].

The Plaintiff and the Association stipulate to extend the Association's reply deadline to and including **January 12, 2018**, to allow the Association additional time to prepare its reply in light of the intervening holidays.

/ / /

/ / /

This is the parties' first request of this deadline and is not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED AND AGREED.**

Dated this 28th day of December, 2017.

Submitted by:

| **LEACH JOHNSON SONG & GRUCHOW** | **WRIGHT FINLAY & ZAK, LLP** |
|---|---|
| */s/ T. Chase Pittsenbarger* | */s/ Christina V. Miller* |
| Sean L. Anderson, Esq.<br>Nevada Bar No. 7259<br>Ryan D. Hastings, Esq.<br>Nevada Bar No. 12394<br>8945 W. Russell Road, #330<br>Las Vegas, NV 89148<br>*Attorneys for Defendant Panorama Towers Unit Owners' Association* | Dana J. Nitz, Esq.<br>Nevada Bar No. 0050<br>Christina V. Miller, Esq.<br>Nevada Bar No. 12448<br>7785 W. Sahara Avenue, #200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Christiana Trust* |

**IT IS SO ORDERED.**

Dated December 29, 2017.

_____
U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), the undersigned, an employee of LEACH JOHNSON SONG & GRUCHOW, hereby certifies that service of the foregoing, ***Stipulation as to an Extension for Panorama Towers to file its Reply to its Motion to Dismiss [ECF No. 9] (First Request)*** was made this 28th day of December, 2017, on all parties via the Court's CM/ECF System, as follows:

Dana Jonathon Nitz, Esq.
Christina V. Miller, Esq.
**WRIGHT FINLAY & ZAK, LLP**
7785 W. Sahara Avenue, #200
Las Vegas, Nevada 89117
dnitz@wrightlegal.net
cmiller@wrightlegal.net
*Attorneys for Christiana Trust*

*/s/ Gina M. LaCascia*

An employee of LEACH JOHNSON SONG & GRUCHOW