WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
alancaster@wrightlegal.net
7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 475-7967; Fax: (702) 946-1345
*Attorneys for Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3,<br><br>Plaintiff,<br>vs.<br><br>PANORAMA TOWERS CONDOMINIUM UNIT-OWNERS' ASSOCIATION, a Nevada Non-Profit Corporation,<br><br>Defendant. | Case No.: 2:17-cv-02235-JCM-CWH<br><br>**STIPULATION AND ORDER TO STAY LITIGATION PENDING STATE COURT QUIET TITLE ACTION** |

Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3 (hereinafter "Christiana Trust") and Defendant, Panorama Towers Condominium Unit-Owners' Association (hereinafter "HOA") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on October 12, 2015, Christiana Trust filed a Complaint for Quiet Title against SFR Investments Pool 1, LLC in the Eighth Judicial District Court, Clark County Nevada, Case No. A-15-726031-C (the "Quiet Title Action") related to a non-judicial homeowner's association foreclosure sale ("HOA Sale") conducted on a Property pursuant to NRS Chapter 116.

1          WHEREAS, this lawsuit involves a Wrongful/Defective Foreclosure claim and other
2  claims related to the HOA Sale.
3          WHEREAS, the Quiet Title Action is currently pending with the Nevada Supreme Court
4  after the Plaintiff filed a Notice of Appeal.
5          WHEREAS, the Parties seek to reduce litigation fees and costs and conserve both the
6  parties' and the Court's time and resources.
7          WHEREAS, the Parties agree that a stay of the instant matter will not result in damages,
8  prejudice, or hardship to any party and is likely to save the Court and Parties significant
9  resources, including fees, costs, and time which would surely be expended if litigation were
10 required to continue.  See Dependable Highway Exp., Inc. v. Navigators Ins. Co., 498 F.3d
11 1059, 1066 (9th Cir. 2007) (setting forth factors relevant to a stay).
12         WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED
13 that this case shall be stayed until August 30, 2019, to allow the resolution of pending the Quiet
14 Title Action.
15 ///
16
17 ///
18
19 ///
20
21 ///
22
23 ///
24
25 ///
26
27 ///
28

IT FURTHER STIPULATED AND AGREED that the stay shall be lifted as of August 30, 2019 or by stipulation of the Parties or by motion.

DATED this 12th day of February, 2019.   DATED this 12th day of February, 2019.

WRIGHT FINLAY & ZAK   LIPSON NEILSON P.C.

By: /s/ *Aaron D. Lancaster*
Aaron D Lancaster, Esq.
Nevada Bar No. 10115
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3*

By: */s/ Eric N. Tran*
Kaleb D. Anderson, Esq.
Nevada Bar No. 7582
Eric N. Tran, Esq.
Nevada Bar No. 11876
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
*Attorneys for Defendant PANORAMA TOWERS CONDOMINIUM UNIT-OWNERS' ASSOCIATION, a Nevada Non-Profit Corporation*

## ORDER

Based on the foregoing Stipulation by and between the parties, and good cause appearing, IT IS SO ORDERED.

Dated: February 22, 2019
_____

_____
UNITED STATES DISTRICT COURT JUDGE