UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTIANA TRUST,<br><br>　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>PANORAMA TOWERS CONDOMINIUM UNIT-OWNERS' ASSOCIATION,<br><br>　　　　　　　　　Defendant(s). | Case No. 2:17-CV-2235 JCM (CWH)<br><br>ORDER |

　　　　Presently before the court is the matter of *Christiana Trust v. Panorama Towers Condominium Unit Owners' Association*, case number 2:17-cv-02235-JCM-EJY.

　　　　On February 20, 2019, this court granted the parties' stipulation staying this matter pending state court litigation. (ECF No. 30). This case has since stagnated without any meaningful activity.

　　　　The parties are ordered to file relevant dismissal papers, or in the alternative, a status report, within 7 days of this order. Failure to do so will lead to sanctions.

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the remaining parties shall file, within 7 days of this order, a relevant motion or status report in accordance with the foregoing.

　　　　DATED August 24, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**