UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTIANA TRUST,<br><br>            Plaintiff(s),<br><br>  v.<br><br>PANORAMA TOWERS CONDOMINIUM UNIT-OWNERS' ASSOCIATION,<br><br>            Defendant(s). | Case No. 2:17-CV-2235 JCM (EJY)<br><br>ORDER |

    Presently before the court is the matter of *Christiana Trust v. Panorama Towers Condominium Unit Owners' Assoc.*, case no. 2:17-cv-02235-JCM-EJY.

    On June 27, 2023, the parties responded to this court's two previous minute orders in this case. (ECF No. 39). They explain that there was an issue with electronic service of the court's orders and that the relevant attorneys had not been notified of their issuance. They further represent that there was no bad faith intent on the part of any party and apologize for their conduct.

    Roughly twenty minutes after that status report was filed, an order of the court was docketed dismissing the case as a sanction for the parties' conduct and admonishing them for their failure to communicate with the court. (ECF No. 40). Because of the docketing procedures in this district, while the order had been sent to docketing prior to receipt of the parties' status report, it did not appear on the docket until after the parties' filing.

    Because the parties filed their status report prior to the docketing of this court's order and have shown good cause for their failure to respond, the court will rescind its sanctions order. The parties represent that they will file a stipulation to dismiss this matter before the end of the week, and the court expects strict adherence to that deadline.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this court's previous order (ECF No. 40) be, and the same hereby is, VACATED and STRICKEN.

The parties shall have until 5:00pm on Friday, June 30, 2023, to file a stipulation for dismissal.

This case shall be REOPENED in the interim.

DATED June 28, 2023.

                                               UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -