LIPSON NEILSON P.C.
JANEEN V. ISAACSON, ESQ.
Nevada Bar No. 6429
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jisaacson@lipsonneilson.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3,<br><br>Plaintiff,<br>vs.<br><br>PANORAMA TOWERS CONDOMINIUM UNIT-OWNERS' ASSOCIATION, a Nevada Non-Profit Corporation,<br><br>Defendant. | Case No: 2:17-cv-02235-JCM-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3 (hereinafter "Christiana Trust") and Defendant, Panorama Towers Condominium Unit-Owners' Association (hereinafter "HOA") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

IT IS HEREBY STIPULATED that all claims between the Parties are hereby dismissed with prejudice, with each party to bear its own attorney fees and costs.

///

///

///

///

IT IS FURTHER STIPULATED that the Parties request this court close this matter.

IT IS SO STIPULATED.

DATED this 28th day of June, 2023.

| WRIGHT, FINLAY & ZAK, LLP | LIPSON NEILSON P.C. |
|---|---|
| */s/ Jory C. Garabedian*<br>JORY C. GARABEDIAN, ESQ.<br>Nevada Bar No. 10352<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br><br>*Attorneys for Plaintiff* | */s/ Janeen V. Isaacson*<br>JANEEN V. ISAACSON, ESQ.<br>Nevada Bar No. 6429<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendant* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: June 30, 2023